IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT A. MEDFORD,
Plaintiff,

v.

Case No. 17–CV–00243–JPG

PHILLIP A. MCLAURIN,
NURSE BARBARA,
ST. CLAIR COUNTY JUSTICE CENTER,
UNKNOWN PARTY,
ST. CLAIR COUNTY MEDICAL STAFF,
JOHN DOE,
MIKE RESPORRA,
C/O FORDSON, and
RICHARD SMITH,
Defendant.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Count 6 of Plaintiff **SCOTT A. MEDFORD**'s Second Amended Complaint against Defendant **PHILLIP A. MCLAURIN** is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the following claims by Plaintiff **SCOTT A. MEDFORD** are **DISMISSED WITHOUT PREJUDICE**:

- Counts 1, 2, 3, and 9 of the Second Amended Complaint against Defendants **RICHARD SMITH**, **ST. CLAIR COUNTY MEDICAL STAFF**, and **PHILLIP A. MCLAURIN**; and

- Counts 1, 2, and 3 of the Third Amended Complaint against Defendants **RICHARD SMITH**, **JOHN DOE**, **PHILLIP A. MCLAURIN**, **NURSE BARBARA**, **MIKE RESPORRA**, and **C/O FORDSON**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Counts 4, 5, 7, 8, 10, and 11 of Plaintiff **SCOTT A. MEDFORD**'s Second Amended Complaint against Defendant **UNKNOWN PARTY** are **SEVERED**.

Dated: December 4, 2019        MARGARET M. ROBERTIE, Clerk of Court
                               s/ Tina Gray, Deputy Clerk